UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

JS-6

Case No.     2:25-cv-05935-MEMF-SSC                              Date: August 19, 2025

Title     *Edwin Escobar v. Fifth Third Bank, N.A. et al*

Present: The Honorable:    Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order Granting Motion to Remand [ECF No. 16]**

Plaintiff filed suit in Los Angeles County Superior Court on June 2, 2025. *See* ECF No. 3-1. Defendant removed the action to this Court on June 30, 2025, contending that this Court has diversity jurisdiction based on diversity of the parties and the amount in jurisdiction. ECF No. 1.

Plaintiff filed a Motion to Remand July 25, 2025. ECF No. 16 (the "Motion"). This Court has ordered the parties to maintain familiarity with this Court's Standing Orders, ECF 12, and pursuant to this Court's Civil Standing Order, an opposition to the Motion was due on August 8, 2025. Civil Standing Order § VIII(B). Despite this, Defendant has not filed any opposition to date.

"The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ." C.D. Cal. L.R. 7-12. The Court therefore grants the Motion as unopposed.[1]

For the foregoing reasons, the Court ORDERS as follows:

   1.    The Motion is GRANTED; and
   2.    The case is REMANDED to the Los Angeles County Superior Court.

IT IS SO ORDERED.

:
DBE

---

[1] The Court notes that Plaintiff also sought attorney's fees in the Motion, but given that the Court is granting the Motion on the basis of Defendant's failure to oppose rather than on the consideration of the briefing, the Court declines to grant attorney's fees.